# EXHIBIT B

## US8458143B2 – Claim 8 as applied to Microsoft – Bing Spell Check

| | |
|---|---|
| 8. An error correction device, comprising:<br>a memory containing only service requests whose contents are correct, wherein,<br>said error correction device is arranged to correct a received service request by utilizing information stored in the memory containing only the service requests whose contents are correct,<br>receive and store, in said memory, service requests which have led to successful identification of the requested service and whose contents are correct, the service requests being stored in said memory as soon as the service requests have led to successful identification of a requested new service,<br>correct the contents of a received service request by utilizing the service requests stored in the memory whose requested new services have been successfully identified, and<br>transmit said corrected service request for further processing. | **Bing Spell Check**<br>Try out the spell check capabilities with Bing Spell Search API v7. Switch between spell correction for web searches ('Spell') and documents ('Proof') from the top-left drop-down. 'Spell' is more aggressive in order to return better search results, while 'Proof' is less aggressive and adds capitalization, basic punctuation, and other features to aid document creation. |
| | Source: https://azure.microsoft.com/en-us/services/cognitive-services/spell-check/ |
| | **Bing Spell Check API Documentation**<br>The Bing Spell Check API lets you perform contextual grammar and spell checking. Bing has developed a web-based spell-checker that leverages machine learning and statistical machine translation to dynamically train a constantly evolving and highly contextual algorithm. |
| | Source: https://azure.microsoft.com/en-us/services/cognitive-services/spell-check/ |
| **Spec. Support:** The error correction device 6 and its associated memory 7 may be accomplished in practice as a separate server connected to the access point 1, or alternatively they can be integrated in the access point 1 (this alternative is not shown in the figures). In the latter case, the error correction device can consist of a computer program which is run by the server acting as the access point. |  |
| | Source: https://microsoft.github.io/techcasestudies/bot%20framework/2017/05/04/viaSportBC.html |
| **Analyst Note:** Bing Spell checker API runs in the cloud "error correcting device". The Bing Spell checker API corrects spelling errors in user queries. | |

| US8458143B2 – Claim 8 as applied to Microsoft – Bing Spell Check ||
|---|---|
| 8. An error correction device, comprising:<br>a memory containing only service requests whose contents are correct, wherein,<br>said error correction device is arranged to correct a received service request by utilizing information stored in the memory containing only the service requests whose contents are correct,<br>receive and store, in said memory, service requests which have led to successful identification of the requested service and whose contents are correct, the service requests being stored in said memory as soon as the service requests have led to successful identification of a requested new service,<br>correct the contents of a received service request by utilizing the service requests stored in the memory whose requested new services have been successfully identified, and<br>transmit said corrected service request for further processing. | One alternative investigated in this work is to exploit the continuously evolving expertise of millions of people that use web search engines, as collected in search query logs (seen as histograms over the queries received by a search engine).<br><br>Rather, any string that appears in the query log used for training can be considered a valid correction and can be suggested as an alternative to the current web query based on the relative frequency of the query and the alternative spelling |
| | Source: http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.61.3296&rep=rep1&type=pdf |
| | In this scenario, the user input is first sent to LUIS, the original query is sent to Bing Spell Check before entities are stored, the **database** is queried for results relevant to the user's query, and when no results are found in the database, the Bing Web Search API is called with a query string based on the entities found in the user's spell-checked query. Those results are then delivered to the user. The sections that follow detail the implementation of the three APIs.<br><br>These routines are called proactively anytime a new element input by the user is going to be used, searched for, or stored in the database. Checking the spelling of user input makes the bot more efficient and promotes better user experiences. Checking spelling before accessing the database prevents wasted calls to the database and prevents misspelled entities from being carried through the dialog. |
| | Source: https://microsoft.github.io/techcasestudies/bot%20framework/2017/05/04/viaSportBC.html |



Source: https://microsoft.github.io/techcasestudies/bot%20framework/2017/05/04/viaSportBC.html

Extract intent and entities with LUIS and the Bing Spell Check API For extracting intent and entity from user messages, we used LUIS. Because users sometimes mistype and LUIS can't extract intent, we also use the Bing Spell Check API to detect and correct typos before sending messages to LUIS with steps below.

Source: https://info.microsoft.com/rs/157-GQE-382/images/EN-US-CNTNT-eBook-AI-AI-in-action.pdf

The Bing Spell Check API is used in the viaSport bot to check the spelling of components input by the user. The SpellCheck routine (header) checks spelling by building a string to send to the Spell Check API and returning the index of any misspelled word in the string, the misspelled word, and the suggested correction.

Source: https://microsoft.github.io/techcasestudies/bot%20framework/2017/05/04/viaSportBC.html



Source: https://blogs.bing.com/search/2013/01/03/bing-search-quality-insights-building-a-state-of-the-art-speller

**Analyst Note:** When a user submits a query ("service request"), the query is broken down in to the form of entities/words and the entities/words are checked for typo errors using the Bing Spell Check API. To correct the misspelled entities, the Bing Spell Check API uses valid correction stored in the query log and a database in which correct entities/words are updated.

| US8458143B2 – Claim 8 as applied to Microsoft – Bing Spell Check ||
|---|---|
| 8. An error correction device, comprising:<br>a memory containing only service requests whose contents are correct, wherein,<br>said error correction device is arranged to correct a received service request by utilizing information stored in the memory containing only the service requests whose contents are correct,<br>receive and store, in said memory, service requests which have led to successful identification of the requested service and whose contents are correct, the service requests being stored in said memory as soon as the service requests have led to successful identification of a requested new service,<br>correct the contents of a received service request by utilizing the service requests stored in the memory whose requested new services have been successfully identified, and<br>transmit said corrected service request for further processing. | One alternative investigated in this work is to exploit the continuously evolving expertise of millions of people that use web search engines, as collected in search query logs (seen as histograms over the queries received by a search engine).<br><br>Rather, any string that appears in the query log used for training can be considered a valid correction and can be suggested as an alternative to the current web query based on the relative frequency of the query and the alternative spelling |
| | Source: http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.61.3296&rep=rep1&type=pdf |
| | Bing Spell Check was used to reduce margin for human error by correcting the spelling of user input before querying the database or storing entities.<br><br>In this scenario, the user input is first sent to LUIS, the original query is sent to Bing Spell Check before entities are stored, the database is queried for results relevant to the user's query, and when no results are found in the database, the Bing Web Search API is called with a query string based on the entities found in the user's spell-checked query. Those results are then delivered to the user. The sections that follow detail the implementation of the three APIs.<br><br>These routines are called proactively anytime **a new element input by the user is going to be used, searched for, or stored in the database**. Checking the spelling of user input makes the bot more efficient and promotes better user experiences. **Checking spelling** before accessing the database prevents wasted calls to the database and prevents misspelled entities from being carried through the dialog |
| **Spec.Support:** The fact that the service requests which have led to successful identification of the requested service are stored in the memory means that the error correction device will obtain an automatic self-learning capability. | |
| | Source: https://microsoft.github.io/techcasestudies/bot%20framework/2017/05/04/viaSportBC.html |

| | |
|---|---|
| | **Freshness: A Vast and Changing Vocabulary**<br>Another challenge for web spellers is dealing with the constantly evolving vocabulary on the internet. **New words need to be recognized as they arise on the web from a variety of sources**. These can be news articles, technical terms, people names, internet slang and foreign language terms. Since a dynamic dictionary doesn't exist, to solve this problem, the Speller needs to index all of the words and phrases available, even if they are rare or obscure. For instance, a comprehensive view of web content enables us to correct a misspelling of the company Pala-Tech and a search for thyroid from "pallitech thyoid" to "pala tech thyroid." Without access to the constantly changing ebbs of the Web, word processing spellers are not likely to be able to make this correction.<br><br>Bing's Speller processes tens of millions of data points mined from searches, web pages, clicks and user actions to help you find the right "Schwarzenegger." In close collaboration with Microsoft Research we have developed advanced machine learning models to build a great speller. The team working on speller relevance runs thousands of experiments every week – ranging from improving data freshness to improving ranking fundamentals – to deliver a better search experience.<br>. |
| | Source: https://blogs.bing.com/search/2013/01/03/bing-search-quality-insights-building-a-state-of-the-art-speller |
| | The Bing Spell Check API lets you perform contextual grammar and spell checking. Bing has developed a web-based spell-checker that leverages **machine learning** and statistical machine translation to dynamically train a constantly evolving and highly contextual algorithm. |
| | Source: https://docs.microsoft.com/en-us/azure/cognitive-services/bing-spell-check/ |
| | |
| **Analyst Note:** To correct the misspelled entities, the Bing Spell Check API uses valid correction stored in the query log and a database in which correct entities/words are updated regularly. The Bing Spell checker uses machine learning models to dynamically train its algorithms to learn about new and changing vocabulary. | |

| US8458143B2 – Claim 8 as applied to Microsoft – Bing Spell Check ||
|---|---|
| 8. An error correction device, comprising:<br>a memory containing only service requests whose contents are correct, wherein,<br>said error correction device is arranged to correct a received service request by utilizing information stored in the memory containing only the service requests whose contents are correct,<br>receive and store, in said memory, service requests which have led to successful identification of the requested service and whose contents are correct, the service requests being stored in said memory as soon as the service requests have led to successful identification of a requested new service,<br>correct the contents of a received service request by utilizing the service requests stored in the memory whose requested new services have been successfully identified, and<br>transmit said corrected service request for further processing. | **These routines are called proactively anytime a new element input by the user is going to be used, searched for, or stored in the database.** Checking the spelling of user input makes the bot more efficient and promotes better user experiences. Checking spelling before accessing the database prevents wasted calls to the database and prevents misspelled entities from being carried through the |
| | Source: https://docs.microsoft.com/en-us/azure/cognitive-services/bing-spell-check/ |
| | Extract intent and entities with LUIS and the Bing Spell Check API For extracting intent and entity from user messages, we used LUIS. Because users sometimes mistype and LUIS can't extract intent, we also use the Bing Spell Check API to detect and correct typos before sending messages to LUIS with steps below. |
| | Source: https://info.microsoft.com/rs/157-GQE-382/images/EN-US-CNTNT-eBook-AI-AI-in-action.pdf |
| | The Bing Spell Check API is used in the viaSport bot to check the spelling of components input by the user. The SpellCheck routine (header) checks spelling by building a string to send to the Spell Check API and returning the index of any misspelled word in the string, the misspelled word, and the suggested correction. |
| | Source: https://microsoft.github.io/techcasestudies/bot%20framework/2017/05/04/viaSportBC.html |
| **Analyst Note:** On receiving an incorrect query the Bing Spell checker corrects the misspelled entities/words using valid correction stored in the query log and a database in which correct entities/words are updated regularly. ||

| US8458143B2 – Claim 8 as applied to Microsoft – Bing Spell Check | |
|---|---|
| 8. An error correction device, comprising:<br>a memory containing only service requests whose contents are correct, wherein,<br>said error correction device is arranged to correct a received service request by utilizing information stored in the memory containing only the service requests whose contents are correct,<br>receive and store, in said memory, service requests which have led to successful identification of the requested service and whose contents are correct, the service requests being stored in said memory as soon as the service requests have led to successful identification of a requested new service,<br>correct the contents of a received service request by utilizing the service requests stored in the memory whose requested new services have been successfully identified, and<br>transmit said corrected service request for further processing. | We supported spelling correction by using the Bing Spell Check API before passing text to LUIS. After extracting intent and entities, we call Azure Search to fetch information about local food and sightseeing spots stored in Cosmos DB. |
| | Source: https://info.microsoft.com/rs/157-GQE-382/images/EN-US-CNTNT-eBook-AI-AI-in-action.pdf |
| | In this scenario, the user input is first sent to LUIS, the original query is sent to Bing Spell Check before entities are stored, the database is queried for results relevant to the user's query, and when no results are found in the database, the Bing Web Search API is called with a query string based on the entities found in the user's spell-checked query. Those results are then delivered to the user. |
| | Source: https://microsoft.github.io/techcasestudies/bot%20framework/2017/05/04/viaSportBC.html |
| **Analyst Note:** After correcting the query, the Bing web search API fetches results related to user query ("service request") and the relevant results are delivered to the user. | |